In the Matter of Maureen Abramoski et al., Appellants, v New York State Education Department et al., Respondents, et al., Respondents.

Submitted March 28, 2016; decided June 7, 2016

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order as affirmed the Supreme Court order denying the motion to vacate the judgment, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.